UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MONICA OBANNON,

    Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

No. 2:19-cv-03362-FFM

**[PROPOSED]**
**JUDGMENT OF REMAND**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation ") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 13, 2019

        /S/ Frederick F. Mumm
      FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE